OCTOBER 21, 1963.

No. 23. REYNOLDS, JUDGE, ET AL. *v.* SIMS ET AL.;

No. 27. VANN ET AL. *v.* BAGGETT (FORMERLY FRINK), SECRETARY OF STATE OF ALABAMA, ET AL.;

No. 41. McCONNELL ET AL. *v.* BAGGETT (FORMERLY FRINK), SECRETARY OF STATE OF ALABAMA, ET AL. Appeals from the United States District Court for the Middle District of Alabama; and

No. 69. DAVIS, SECRETARY, STATE BOARD OF ELECTIONS, ET AL. *v.* MANN ET AL. Appeal from the United States District Court for the Eastern District of Virginia. (Probable jurisdiction noted, 374 U. S. 802, 803.) Motion of American Jewish Congress et al. for leave to file brief, as *amici curiae,* granted. *Leo Pfeffer, Melvin L. Wulf, Jack Greenberg* and *Robert B. McKay* on the motion.

No. 72. SMITH *v.* CALIFORNIA. Certiorari, 373 U. S. 901, to the Appellate Department, Superior Court of California, County of Los Angeles. Motion of *Edward de Grazia* for leave to argue orally, as *amicus curiae,* denied.

No. 86. UNITED STATES *v.* BEHRENS. Certiorari, 373 U. S. 902, to the United States Court of Appeals for the Seventh Circuit. Motion of respondent for leave to proceed *in forma pauperis* granted. *Aribert L. Young* on the motion.

No. 532, Misc. BURKS *v.* PATE, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 537, Misc. BECKER *v.* TAHASH, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.